■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN DALEY, Appellant.—Judgment of the Supreme Court, Kings County, rendered June 21, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Lazer, Gibbons and Martuscello, JJ., concur.